# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **THOMAS CLIFTON LINDSEY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 7:09-CV-95 (HL) |
| : | |
| **ARONNA WELSH; JAMES CAMON;** : | |
| **CLARICE HOOD; ALAN CARTER;** : | |
| **MRS. BROWN; DONNIE THOMPSON;** : | |
| **STATE OF GEORGIA;** : | |
| **GEORGIA DEPARTMENT OF** : | |
| **CORRECTIONS; MEDICAL COLLEGE** : | |
| **OF GEORGIA; CITY OF NASHVILLE,** : | |
| **GEORGIA,** : | |
| : | |
| Defendants. : | |

_____

# ORDER

The Recommendation of United States Magistrate Judge Richard L. Hodge, entered August 17, 2009 (Doc. 7), in the above-captioned case is before the Court. Plaintiff Thomas Clifton Lindsey has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendants State of Georgia, the Georgia Department of Corrections, the Medical College of Georgia, and the City of Nashville, Georgia are **DISMISSED** from this action.

**SO ORDERED**, this the 17th day of September, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh